## BARKELOO ET AL. VS. MILLER.

Mr. Justice SCOTT:

This was a *sci. fa.* to revive a judgment on a forthcoming bond. The case is the counterpart of that of *Miller vs. Barkeloo*, just decided, where the judgment that was revived in this case was held to have been annulled.

The judgment in this case must, therefore, be reversed.